# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: frandazzo | Date Created: 5/26/2016 |
| Case: 1−16−42281−nhl | Form ID: 309A | Total: 21 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Luba Katz | 59 Lynbrook Ave    Staten Island, NY 10309 |
| tr | Alan Nisselson | c/o Windels Marx Lane & Mittendorf LLP    156 West 56th Street    New York, NY 10019 |
| aty | Todd Cushner | Garvey Tirelli & Cushner, Ltd.    50 Main Street    Suite 390    White Plains, NY 10606 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | NYC Department of Finance | 345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014 |
| 8807308 | Bk Of Amer | Po Box 982235    El Paso, TX 79998 |
| 8807309 | Cbna | Po Box 769006    San Antonio, TX 78245 |
| 8807310 | Chase | Po Box 901003    Columbus, OH 43224 |
| 8807311 | Chase Card | Po Box 15298    Wilmington, DE 19850 |
| 8807312 | Dept Of Ed Tpd/Nelnet | Po Box 173904    Denver, CO 80217 |
| 8807313 | Marguirite Fiore, Esq. | 1150 South Avenue    Suite 301A    Staten Island, NY 10314 |
| 8807314 | McBaine Estates II HOA | c/o Dawning Real Estate    1150 South Avenue    Suite 301A    Staten Island, NY 10314 |
| 8807315 | Meir Katz | 915 East 7th Street #2B    Brooklyn, NY 11230 |
| 8807317 | NYC Water Board | PO Box 410    Church Street Station    New York, NY 10008−0410 |
| 8807318 | NYS Dept tax & finance | po box 5300    bankruptcy dept    Albany, NY 12205 |
| 8807316 | Nicholas Samuel Ratush | 299 Broadway, Suite 605    New York, NY 10007 |
| 8807319 | Us Dep Ed | Po Box 5609    Greenville, TX 75403 |
| 8807320 | Verizon | 500 Technology Dr Ste 30    Weldon Spring, MO 63304 |
| 8807321 | Wells Fargo Hm Mortgag | 8480 Stagecoach Cir    Frederick, MD 21701 |

TOTAL: 21