UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

LUBA KATZ,

                              Debtor(s).
------------------------------------------------------------X

Chapter 7
Case No. 16-42281

AFFIDAVIT OF NO
PAY STUBS

STATE OF NEW YORK     )
COUNTY OF WESTCHESTER  ) ss.:

I, Luba Katz, duly sworn, deposes and says:

1. I am the Debtor for the above-captioned Chapter 7 Bankruptcy.

2. I do not have paystubs as I am disabled.

3. I receive approximately $1,027.00 per month from Social Security Disability.

4. Additionally, I receive approximately $1,266.00 per month from Rental Income.

5. I give this information voluntarily and freely and the information herein is true and accurate to the best of my knowledge and belief.

Dated: June 15 2016

*/s/ Luba Katz*
Luba Katz

Sworn before me on this
15 Day of June 2016

*/s/ Rita Pirrone*

RITA PIRRONE
NOTARY PUBLIC, State of New York
No. 01PI5082376
Qualified in Richmond County
Commission Expires July 28, 2017