**Yoram Nachimovsky, Esq.**
**YORAM NACHIMOVSKY, PLLC**
*Attorneys for Meir Katz, Creditor*
**299 Broadway, Suite 605**
**New York, New York 10007**
**(212) 267-1157**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re:

LUBA KATZ,

                              Debtor.

-----------------------------------------------------------------X

Case No.: 1-16-42281-nhl

Chapter 7

**NOTICE OF APPEARANCE**

**DEAR SIR OR MADAM:**

    **PLEASE TAKE NOTICE**, that the Secured Creditor, Meir Katz, hereby appears in this action through the undersigned, retained as counsel for said Creditor, and demands the service of all papers in this action at the address stated below.

    **PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telex or otherwise, which effect or seek to

effect in any way the rights, claims or interests of the defendant in the above-captioned case.

DATED:    New York, New York
                June 22, 2016

                Yours, etc.,
                YORAM NACHIMOVSKY, PLLC

BY:    YORAM NACHIMOVSKY, ESQ.
       *Attorneys for Meir Katz*
       299 Broadway, Suite 605
       New York, New York 10007
       (212) 267-1157
       YN6103

Case No.: 1-16-42281-nhl                                    Chapter 7

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

In Re:

LUBA KATZ,

                              Debtor.

**NOTICE OF APPEARANCE**

**YORAM NACHIMOVSKY, PLLC**
*Attorneys for Meir Katz, Creditor*
**299 Broadway, Suite 605**
**New York, New York 10007**
**(212) 267-1157**