Certificate Number: 15317-NYE-DE-027936463

Bankruptcy Case Number: 16-42281



15317-NYE-DE-027936463

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2016, at 10:34 o'clock AM PDT, Luba Katz completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date:   August 19, 2016            By:     /s/Eunice Francia

                                   Name:   Eunice Francia

                                   Title:  Counselor