United States Bankruptcy Court
Eastern District of New York

In re:                                                                  Case No. 16-42281-nhl
Luba Katz                                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1    User: admin    Page 1 of 1    Date Rcvd: Aug 22, 2016
                            Form ID: 268    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2016.
db         +Luba Katz,   59 Lynbrook Ave,   Staten Island, NY 10309-4508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Aug 22 2016 18:13:24
            Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
            U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
                                                                                                                TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2016 at the address(es) listed below:
              Alan Nisselson   anisselson@windelsmarx.com,
             theston@windelsmarx.com;ahollander@windelsmarx.com;n159@ecfcbis.com;jryan@windelsmarx.com
              Office of the United States Trustee   USTPRegion02.BR.ECF@usdoj.gov
              Todd Cushner   on behalf of Debtor Luba Katz todd@thegtcfirm.com,
             amanda@thegtcfirm.com;dana@thegtcfirm.com;amerritt@thegtcfirm.com;jgiorgi@thegtcfirm.com
              Yoram Nachimovsky   on behalf of Creditor Meir Katz nybizlaw@aol.com
                                                                                                                                 TOTAL: 4

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−16−42281−nhl |
| Luba Katz | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−0425 | |
| DEBTOR(s) | |

## NOTICE OF NO CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) has not filed a Certification About A Financial Management Course or Official Form 423 in accordance with Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate or Official Form 423 is filed by September 6, 2016 , this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certification About a Financial Management Course, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: August 21, 2016

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer1.jsp** [Notice of No Financial Certificate Filed rev. 06/22/16]