UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In Re:

LUBA KATZ

DEBTOR.

CASE NO: 1-16-42281-nhl

NOTICE OF APPEARANCE IN BANKRUPTCY ACTION

---

      **PLEASE TAKE NOTICE,** that Secured Creditor Wells Fargo Bank, N.A., hereby appears in the above entitled action with respect to the property located at 59 Lynbrook Ave, Staten Island, NY 10309, identified by loan no. ending in 8631, and that the undersigned have been retained as attorneys for said Secured Creditor in the within proceeding.

      Please send copies of all Notices and of all papers in the case to the undersigned. Further please add our firm to the mailing matrix.

DATED: September 16, 2016

_____
Aleksandra K. Fugate, Esq.
WOODS, OVIATT, GILMAN LLP
*Attorneys for Secured Creditor*
700 Crossroads Building, Two State Street
Rochester, New York 14614
Telephone: 585-445-2763

TO:

Todd Cushner
Garvey Tirelly & Cushner, Ltd.
50 Main Street, Suite 390
White Plains, NY 10606

Luba Katz
59 Lynbrook Ave
Staten Island, NY 10309

Alan Nisselson
c/o Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York, NY 10019

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

{4396077: }